UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK MCKINLEY
_____
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

-against-
- JOHN DOE #1 (ARRESTING OFFICER ID# 947732)
- JOHN DOE #2 (ILLEGAL SEARCHER INSIDE PRECINCT)
- JOHN DOE #3, #4, #5 (OFFICER WHO ASSISTED IN ASSAULT)
- NEW YORK POLICE DEPARTMENT - 9TH PRECINCT 321 E 5TH ST N.Y, NY. 10003
- CITY OF NEW YORK
(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

**20-cv-3606** ( ) ( )

**REQUEST TO PROCEED**
***IN FORMA PAUPERIS***

I, MARK MCKINLEY , *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   N/A
   _____
   N/A
   _____

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

   (A) N/A      (B) N/A

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   FRIEND TALIBAH BROWN $50

   a) Are you receiving any public benefits?   ☑ No.   ☐ Yes, $_____
   b) Do you receive any income from any other source?   ☑ No.   ☐ Yes, $_____

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   ☑ No.    ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☑ No.    ☐ Yes, $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☑ No.    ☐ Yes, _____.

7. List the person(s) that you pay money to support and the amount you pay each month.

   _____NONE_____

8. State any special financial circumstances which the Court should consider.

   _____NONE_____


I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __24__ day of __APRIL__, __2020__.
              date              month            year

_____
                    Signature