

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**20-cv-3606**

# PRISONER AUTHORIZATION

CITY OF NEW YORK
JOHN DOE #1 (ARRESTING OFFICER ID # 947732)
JOHN DOE #2 (ILLEGAL SEARCHER INSIDE PRECINCT)
JOHN DOE #3, #4, #5 (OFFICERS ASSISTED IN ASSAULT)

Case Name: MARK MCKINLEY
*(Enter the full name of the plaintiff(s))*

V. NEW YORK CITY POLICE DEPARTMENT 9th PRECINCT 321 E. 5th ST
*(Enter the full name of the defendant(s))*

Docket No:   No. _____ Civ. _____ ( )
*(Enter the docket number, if available; if filing this with your complaint, you will not have a docket number.)*

The Prison Litigation Reform Act ("PLRA" or "Act") amended the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained at any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350.00 has been paid, no matter what the outcome of the action.

**SIGN AND DATE THE FOLLOWING AUTHORIZATION:**

I, MARK MCKINLEY  _____ *(print or type your name)*, request and authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Southern District of New York, or, if this matter is transferred to another district court, to the Clerk of the transferee court, a certified copy of my prison account statement for the past six months. I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Southern District of New York. This authorization shall apply to any agency into whose custody I may be transferred, and to any other district court to which my case may be transferred and by which my poor person application may be decided.

I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350.00 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT **EVEN IF MY CASE IS DISMISSED OR EVEN IF I VOLUNTARILY WITHDRAW THE CASE.**

APRIL 25, 2020
Date signed

_____
Signature of Plaintiff

18 A 3270
Prisoner I.D. Number

ELMIRA CORRECTION FACILITY
Name of current facility

rev. 01/11