UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK MCKINLEY

Write the full name of each plaintiff.

20 CV 3606 (KPF)

(Include case number if one has been assigned)

-against-

AMENDED COMPLAINT

(Prisoner)

THE CITY OF NEW YORK, DETECTIVE KYLE CREVATAS #24662

DETECTIVE LOGAN PAYANO #28 / OFFICER EDGAR GARCIA #3118

Do you want a jury trial?
☑ Yes ☐ No

JOHN DOE #2 OFFICER FROM 9TH PRECINCT THAT STRIPPED SEARCHED

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

RECEIVED
SDNY PRO SE OFFICE
2020 AUG -4 AM 10:30

Rev. 5/20/16

## DEFENDANTS AND SERVICE ADDRESSES

1.  City of New York
    New York City Law Department
    100 Church Street
    New York, NY 10007

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

MARK _____ MCKINLEY
First Name / Middle Initial / Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

18·A·3270 (DIN) (NYSID) 999130H
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

ELMIRA CORRECTIONAL FACILITY
Current Place of Detention

P.O. BOX 500
Institutional Address

ELMIRA / NY / 14902-0500
County, City / State / Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:
First Name: KYLE
Last Name: CREVATAS
Shield #: 24662
Current Job Title (or other identifying information): ASSIGNED TO NARCOTICS BOROUGH MANHATTAN SOUTH
Current Work Address: ONE POLICE PLAZA, ROOM 110C
County, City: NEW YORK
State: NY
Zip Code: 10038

Defendant 2:
First Name: JOHN
Last Name: DOE
Shield #: #2
Current Job Title (or other identifying information): OFFICER WORKING AT THE 7TH PRECINCT WHO SEARCHED ME.
Current Work Address:
County, City: NEW YORK
State: NY
Zip Code:

Defendant 3:
First Name: LOGAN
Last Name: PAYANO
Shield #: 28
Current Job Title (or other identifying information): DETECTIVE ASSIGNED TO NARCOTICS BOROUGH MANHATTAN SOUTH
Current Work Address: ONE POLICE PLAZA, ROOM 110C
County, City: NEW YORK
State: NY
Zip Code: 10038

Defendant 4:
First Name: EDGAR
Last Name: GARCIA
Shield #: 3118
Current Job Title (or other identifying information): OFFICER ASSIGNED TO THE 1ST PRECINCT DETECTIVE SQUAD
Current Work Address: 16 ERICSSON PLACE
County, City: NEW YORK
State: NY
Zip Code: 10013

DEFENDANTS: THE CITY OF NEW YORK
100 CHURCH STREET
NY, NY 10007

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 64 ESSEX ST. NEW YORK, NY. 10002 / 7TH PRECINCT, NY, NY

Date(s) of occurrence: MARCH 27, 2018

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

ON MARCH 27, 2018 WHILE WAITING FOR THE ELEVATOR INSIDE MY PLACE OF RESIDENCE LOCATED ON 64 ESSEX ST. APT 7G. NY. NY. 10002. I WAS TACKLED, KICKED, PUNCHED AND ASSAULTED BY FOUR MAYBE FIVE MEN WEARING DARK COLORED HOODED SWEAT SHIRTS. WHILE ON THE FLOOR THE MEN CONTINUED THIS ASSAULT BY PUNCHING ME AND GOING INTO MY POCKETS. AS I CONTINUED TO SCREAM FOR HELP AS I THOUGHT I WAS BEING ROBBED. ONE ASSAILANT PRODUCED A BADGE AND SAID "WE ARE POLICE SHUT UP OR I'LL SHOOT." AS I ASKED WHY I WAS BEING ARRESTED I WAS KICKED IN THE MOUTH. I WAS THEN PUT INTO A DARK COLORED VAN AND TAKING INTO A PRECINCT WHERE I WAS PUT INTO A ROOM AND STRIPPED DOWN TO MY BOXERS AND WAS HELD DOWN WHILE ANOTHER OFFICER WENT INTO MY ANUS AND UNDERNEATH MY SCROTUM AREA LOOKING FOR CONTROBAND WHEN NONE WAS FOUND I WAS TAKEN TO CENTRAL BOOKINGS MANHATTAN DETENTION CENTER AND CHARGED WITH RESISTING ARREST AND OBSTRUCTING GOVERNMENT ADMINISTRATION. AFTER A COUPLE OF COURT APPEARENCES ALL CHARGES WAS DISMISSED ON AUGUST 2, 2018. BECAUSE OF THIS WHOLE INCIDENT PAROLE VIOLATED ME FOR POLICE CONTACT. I WAS JAILED FOR 16 DAYS ON RIKERS ISLAND WHEN THE ARRESTING OFFICER KYLE CREVATAS CAME TO MY PAROLE HEARING AND TRIED TO FABRICATE HIS REPORT TO SEND ME BACK TO JAIL. BUT THE ASSIGNED JUDGE ACKNOWLEDGED THE LIE ON TAPE RECORDER AND THOSE CHARGES

[SEE ATTACHED]

WHERE DISMISSED ALSO AND I WAS REINSTATED BACK TO SOCIETY

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

AS A RESULT OF THE AFORESAID INCIDENT, PLAINTIFF SUFFERD MULTIPLE PHYSICAL AND PSYCHOLOGICAL INJURIES. INJURED BACK BRUISED RIBS HEAD INJURY MENTAL DISTRESS DREAMS AND NIGHTMARES LACK AND LOSS OF SLEEP CONSCIOUS PAIN AND SUFFERING AND LOSS OF ENJOYMENT OF LIFE, AND SUFFERD OTHER LOSS LIKE 16 DAYS LOSS OUT OF MY LIFE BEING DETAINED BY THE FRUITS OF THE POSIONOUS TREE.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

FOR THE PAIN AND SUFFERING AND LOSS OF ENJOYMENT OF LIFE AND PSYCHOLOGICAL INJURIES AND OTHE LOSS. I REQUEST DAMAGES IN THE AMOUNT OF TWO MILLION ($2,000,000.00) DOLLARS

V. STATEMENT OF CLAIM ATTACHED    20 cv 3606-(KPF)    PAGE 1 OF 2

1. ON MARCH 27, 2018 WHILE WAITING FOR THE ELEVATOR INSIDE MY PLACE OF RESIDENCE LOCATED AT 104 ESSEX ST. APT. 7G NY, NY 10002, I WAS TACKLED, KICKED AND ASSAULTED BY FOUR MAYBE FIVE MEN IN DARK COLORED HOODED SWEATSHIRTS [EXCESSIVE FORCE, FAILURE TO PROTECT, EQUAL PROTECTION]

2. DETECTIVE KYLE CREVATAS SHIELD #24662 TOLD ME TO "STOP SCREAMING WERE POLICE, SHUT UP OR I'LL SHOOT". I ASK WHY I WAS BEING ARRESTED I WAS KICKED IN THE MOUTH. I WAS THEN HANDCUFFED AND FLIPPED ONTO MY STOMACH, BY ANOTHER OFFICER DETECTIVE LOGAN PAVANO, SHIELD #28 WHILE HE BEGAN TO SEARCH MY POCKETS AND GO INSIDE MY PANTS AND INSIDE MY BOXER SHORTS UNDERWEAR WHILE I LAYED ON THE FLOOR [FALSE ARREST, SEARCH & SEIZURE, EXCESSIVE FORCE]

3. NOTHING WAS FOUND. I WAS DRAGGED VIOLENTLY BY ANOTHER OFFICER WHO ASSISTED THE ASSAULT - EDGAR GARCIA SHIELD# 3118, WHO WAS MAKING RACIAL SLURS AS I WAS BEING DRAGGED BY MY ARMS INTO A BLACK VAN AND DROVE TO A POLICE STATION (NYCPCT-007) AND THROWN INTO A HOLDING CELL [FALSE IMPRISONMENT, EXCESSIVE FORCE CRUEL & UNUSUAL PUNISHMENT]

4. I WAS LED TO ANOTHER AREA IN THE PRECINCT BY ANOTHER OFFICER JOHN DOE # 6'2 BROWNSKIN AFRICAN AMERICAN WORKING IN THE SEVENTH PRECINCT AS A SEARCHER. WHERE HE PUT ON GLOVES AND HE FORCEFULLY TOOK HIS HANDS INTO MY UNDERWEAR PULLED THEM DOWN AND SEARCHED MY ANUS AND SCROTUM AREA FOR CONTRABAND [EXCESSIVE FORCE, SEARCH & SEIZURE, CRUEL & UNUSUAL PUNISHMENT FOURTH, EIGTH, FOURTEENTH AMENDMENT VIOLATION. SEXUAL ASSAULT BY SEARCHERS]

5. AFTER NOTHING WAS FOUND, I WAS FRAUDENTLY, MALICIOUSLY ARRESTED FOR RESISTING ARREST AND OBSTRUCTING GOVERNMENT ADMINISTRATION. I WAS RELEAST FROM CUSTODY WITH A R.O.R. AFTER A COUPLE OF COURT APPEARENCES ALL CHARGES WAS DISMISSED. [DUE PROCESS OF LAW, MALICIOUS PROCECUTION]

6. LATER AROUND MAY I WAS VIOLATED BY PAROLE POST SUPERVISION FOR POLICE CONTACT OF THE FALSE ARREST. THE JUDGE GAVE THE ARRESTING OFFICER KYLE CREVATAS SHIELD# 24662 A CHANCE TO COME TO COURT AND GIVE HIS TESTIMONY BEFORE THE JUDGE MAKES A DECISION TO REINSTATE ME BACK TO SOCIETY. THE ARRESTING OFFICER KYLE CREVATAS #24662 WAS CAUGHT ON TAPE RECORDER LYING AS HE TRIED TO FRAUDENTLY MISREPRESENT DOCUMENTS AND HIS POSITION IN THE INCIDENT TO PUT ME IN JAIL. ATTENTIONLLY. THE JUDG DISMISSED ALL CHARGES AGAIN AND I WAS REINSTATED BACK TO THE COMUNITY. BUT NOT BEFORE I WAS DETAINED ON RIKERS ISLAND 16 DAYS [SEE ENCLOSED] BECAUSE OF THIS CRIME AGAINST ME. [DUE PROCESS OF LAW, MALICIOUS PROCICUTION, EQUEL PROTECTION OF LAW, CRUEL & UNUSUAL PUNISHMENT]

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: July 23, 2020

Plaintiff's Signature

First Name: MARK
Middle Initial:
Last Name: MCKINLEY

Prison Address: ELMIRA CORRECTIONAL FACILITY

County, City: NEW YORK
State: NY
Zip Code: 14902-0500

Date on which I am delivering this complaint to prison authorities for mailing: 7/27/20

Page 6

MARK McKinley

| | |
|---|---|
| Race: | Black |
| Ethnicity: | Not Hispanic |
| Height: | 6' 02" |
| Weight: | 170 |
| SSN: | 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 |
| Age at time of crime/arrest: | 29 |
| Address: | 64 ESSEX STREET, MANHATTAN, NY |
| Fax Number: | M12030 |
| Place of Arrest: | NYCPD 7 |
| Arrest Type: | Unknown |
| Date of Crime: | March 27, 2018 |
| Place of Crime: | New York County, NY |
| Criminal Justice Tracking No.: | 68539672Z |
| Arresting Agency: | NYCPD PCT 007 |
| Arresting Officer ID: | 947732 |
| Arrest Number: | M18617904 |
| Arraignment: | New York County Criminal Court |

Arrest Charges:

-- Resisting Arrest
   PL 205.30     Class A Misdemeanor Degree 0 NCIC 4801

-- Obstruct Governmental Administration-2nd Degree
   PL 195.05     Class A Misdemeanor Degree 2 NCIC 5099

## Court Case Information

--Court: New York County Criminal Court    Case Number: 2018NY015310

March 28, 2018
**Initial Report Of Docket Number**

March 28, 2018
**Arraigned**

   -- Resisting Arrest
      PL 205.30     Class A Misdemeanor NCIC 4801

   -- Obstruct Governmental Administration-2nd Degree
      PL 195.05     Class A Misdemeanor NCIC 5099

August 02, 2018
**Dismissed**

   -- Resisting Arrest
      PL 205.30     Class A Misdemeanor NCIC 4801

   -- Obstruct Governmental Administration-2nd Degree

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATE OF DISPOSITION
NUMBER: 555799

THE PEOPLE OF THE STATE OF NEW YORK
VS

MCKINLEY,MARK JR
Defendant

11/13/1988
Date of Birth

64 ESSEX STREET
Address

9991330H
NYSID Number

NEW YORK      NY
City         State   Zip

03/27/2018
Date of Arrest/Issue

Docket Number: 2018NY015310

Summons No:

PL 205.30 00 AM, PL 195.05 00 AM,
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|---|---|---|---|
| 08/02/2018 | DISMISSED - MOTION OF DA | WESTON,C | C |

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY    _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

MLECZKOWSKI,T
COURT OFFICIAL SIGNATURE AND SEAL

10/18/2018
DATE     FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)



New History NYSID Number Search (QNH#)
================================
Discharged After April 25, 1990

Din = Days Incarcerated Total Per Record

|  | Bran | Nysid # | Book&case# | Last Name | First Name | Admit Date | Din | Disc Date | Last Hou |
|---|---|---|---|---|---|---|---|---|---|
| ECAUSE OF | | 09991330H | 1411802819 | MCKINLEY | MARK | 09-MAY-18 | 16 | 24-MAY-18 | CIF |
| he False Arrest | | 09991330H | 3491020673 | MCKINLEY | MARK | 29-DEC-10 | 210 | 26-JUL-11 | ARD |
| | | 09991330H | 3491611729 | MCKINLEY | MARK | 30-OCT-16 | 447 | 19-JAN-18 | MDC |
| ND Officer | | 09991330H | 3491412003 | SEABROOK | GLENN | | | No Public Record | |
| r947732 | | 09991330H | 3491414618 | MCKINLEY | MARK | 24-OCT-14 | 56 | 18-DEC-14 | CIF |
| olice Contact, | | 09991330H | 3491805233 | MCKINLEY | MARK | 12-JUL-18 | 41 | 21-AUG-18 | MDC |
| arole violated | | 09991330H | 8751200673 | MCKINLEY | MARK | 09-MAR-12 | 13 | 21-MAR-12 | ARD |

le AND I spent
6 DAYS in Rikers
Island AND I lost
verything I owned
do, Housing. I started
Mental Health Services
because of the Mental
)istress and Anguish I
nder Went

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF CHEMUNG )

I, **MARK MCKINLEY**, being duly sworn, deposes and says that:

1. I am a party to this action, 18 years or older, and an inmate at Elmira Correctional Facility, P.O. Box 500, Elmira, New York.

2. On the **24** day of **JULY**, 20**20**, I served the folling described paper(s): **AMENDED COMPLAINT AS COURT ORDERED BY THE JUDGE KATHERIN POLK FAILLA** by mailing the paper(s) to the person at the address designated by him or her for that purpose by depositing the same in a first class, postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the above-mentioned facility for the United States Postal Office within the State of New York. The name of the person or names of the persons served and the address or addresses at which service was made are as follows:

PRO SE INTAKE OFFICE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
40 FOLEY SQUARE, RM. 105
NEW YORK, NY. 10007

ANDREW B SPEARS
ASSISTANT CORPORATION COUNSEL
SPECIAL ~~CORPORATION~~ FEDERAL
LITIGATION DIVISON
100 CHURCH ST. RM 3-221
NY NY. 10007

Dated: **7-24-20**
Chemung County, New York

Sworn to Before me this **24** day of **July** 2020

Scott E. McMindes
Notary Public State of New York
Chemung County No. 01MC6332482
Commission Expires Nov 2 **2023**

NOTARY PUBLIC

Respectfully submitted,
18A3270
18A3270

MARK MARTINEZ #18 A 2000

P.O. BOX 500
ELMIRA, NEW YORK 14902-0500



PRO SE INTAKE OFFICE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
40 FOLEY SQUARE, RM 105
NEW YORK, NY. 10007