UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK MCKINLEY,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>DETECTIVE KYLE CREVATAS, Shield #24662; DETECTIVE LOGAN PAYANO, Shield #28; DETECTIVE SEAN BROWN, Shield #41; OFFICER EDGAR GARCIA, Shield #3118; and THE CITY OF NEW YORK,<br><br>                              Defendants. | 20 Civ. 3606 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On January 6, 2021, the Court was informed that litigation papers mailed to Plaintiff were not able to be delivered. Plaintiff is hereby ORDERED to complete and return the enclosed change of address form on or before March 1, 2021. Failure to comply with this Order will result in dismissal. (*See* Dkt. #29 ("Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.")).

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at his address of record, and to Plaintiff at the following address:

Mark McKinley
DIN No. 18-A-3270
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13021

SO ORDERED.

Dated: January 22, 2021
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

IH-34                                                                                                                                Rev:2014-1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_____

(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_____ (_____)(_____)

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

_____

Name (Last, First, MI)

_____

Address           City           State           Zip Code

_____

Telephone Number           E-mail Address (if available)

_____

Date           Signature