RECEIVED
SDNY PRO SE OFFICE
2021 DEC -1 PM 1:45

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

MARK MCKINLEY

Write the full name of each plaintiff.

No. 20 CV 3606 [KPF]
(To be filled out by Clerk's Office)

-against-

AMENDED
**COMPLAINT**
(Prisoner)

DETECTIVE KYLE CREVATAS #24662

DETECTIVE LOGAN PAYANO #28/OFFICER EDGAR GARCIA #3118

DETECTIVE SEAN BROWN #41

THE CITY OF NEW YORK

Do you want a jury trial?
☑ Yes  ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

MARK _____ MCKINLEY
First Name    Middle Initial    Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

18·A·3270 (DIN)    (NYSID) 999130H
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

MARCY CORRECTIONAL FACILITY
Current Place of Detention

P.O BOX 3600
Institutional Address

MARCY _____ NEW YORK _____ 13403
County, City    State    Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: _____

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**
- First Name: KYLE
- Last Name: CREVATAS
- Shield #: 24662
- Current Job Title (or other identifying information): ASSIGNED TO NARCOTICS BORROUGH MANHATTAN SOUTH
- Current Work Address: ONE POLICE PLAZA, ROOM 110C
- County, City: NEW YORK
- State: NY
- Zip Code: 10038

**Defendant 2:**
- First Name: SEAN
- Last Name: BROWN
- Shield #: 41
- Current Job Title (or other identifying information): ASSIGNED TO NARCOTICS BORROUGH MANHATTAN SOUTH
- Current Work Address: ONE POLICE PLAZA, ROOM 110C
- County, City: NEW YORK
- State: NY
- Zip Code: 10038

**Defendant 3:**
- First Name: LOGAN
- Last Name: PAYANO
- Shield #: 28
- Current Job Title (or other identifying information): DETECTIVE ASSIGNED TO NARCOTICS BORROUGH SOUTH
- Current Work Address: ONE POLICE PLAZA, ROOM 110C
- County, City: NEW YORK
- State: NY
- Zip Code: 10038

**Defendant 4:**
- First Name: EDGAR
- Last Name: GARCIA
- Shield #: 3118
- Current Job Title (or other identifying information): OFFICER ASSIGNED TO THE 1ST PRECINCT DETECTIVE SQUAD
- Current Work Address: 16 ERICSSON PLACE
- County, City: NEW YORK
- State: NY
- Zip Code: 10013

DEFENDANT 5: THE CITY OF NEW YORK
100 CHURCH STREET
NEW YORK, NEW YORK 10007

## V. STATEMENT OF CLAIM

**A** Place(s) of occurrence: 64 ESSEX ST. NEW YORK, NY. 10002 / 7TH PRECINCT, NY, NY

**B** Date(s) of occurrence: MARCH 27, 2018

**C** FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

[1] ON MARCH 27, 2018 WHILE WAITING FOR THE ELEVATOR INSIDE MY PLACE OF RESIDENCE LOCATED ON 64 ESSEX ST. APT 7G, NY, NY 10002 I WAS TACKLED, KICKED, PUNCHED AND ASSAULTED BY FOUR MAYBE FIVE MEN WEARING DARK COLORED HOODED SWEAT SHIRTS. [2] WHILE ON THE FLOOR THE MEN CONTINUED THIS ASSAULT BY PUNCHING ME AND GOING INTO MY POCKETS. AS I CONTINUED TO SCREAM FOR HELP AS I THOUGHT I WAS BEING ROBBED, [3] ONE ASSAILANT PRODUCED A BADGE AND SAID "WE ARE POLICE SHUT UP OR I'LL SHOOT." [4] AS I ASKED WHY I WAS BEING ARRESTED I WAS KICKED IN THE MOUTH. [5] I WAS THEN PUT INTO A DARK COLORED VAN AND TAKING INTO A PRECINCT WHERE I WAS PUT INTO A ROOM AND STRIPPED DOWN TO MY BOXERS AND WAS HELD DOWN WHILE ANOTHER OFFICER WENT INTO MY ANUS AND UNDERNEATH MY SCROTUM AREA LOOKING FOR CONTROBAND. [6] WHEN NONE WAS FOUND I WAS TAKEN TO CENTRAL BOOKINGS MANHATTAN DETENTION CENTER AND CHARGED WITH RESISTING ARREST AND OBSTRUCTING GOVERNMENT ADMINISTRATION. [7] AFTER A COUPLE OF COURT APPEARANCES ALL CHARGES WAS DISMISSED ON AUGUST 2, 2018. [8] BECAUSE OF THIS WHOLE INCIDENT PAROLE VIOLATED ME FOR POLICE CONTACT. [9] I WAS JAILED FOR 16 DAYS ON RIKERS ISLAND WHEN THE ARRESTING OFFICER KYLE CREVATAS CAME TO MY PAROLE HEARING AND TRIED TO FABRICATE HIS REPORT TO SEND ME BACK TO JAIL BUT THE ASSIGNED JUDGE ACKNOWLEDGED THE LIE ON TAPE RECORDER AND THOSE CHARGES


[SEE ATTACHED]

Page 4

V. STATEMENT OF CLAIM ATTACHED   20 cv 3606-(KPF)   PAGE 1 OF 2

D 1. ON MARCH 27, 2018 WHILE WAITING FOR THE ELEVATOR INSIDE MY PLACE OF RESIDENCE LOCATED AT 64 ESSEX ST. APT. 7G NY, NY 10002. I WAS TACKLED, KICKED AND ASSAULTED BY FOUR MAYBE FIVE MEN IN DARK COLORED HOODED SWEATSHIRTS [EXCESSIVE FORCE, FAILURE TO PROTECT, EQUAL PROTECTION]

2. DETECTIVE KYLE CREVATAS, SHIELD #24662 TOLD ME TO "STOP SCREAMING WERE POLICE... SHUT UP OR I'LL SHOOT" I ASK WHY I WAS BEING ARRESTED I WAS KICKED IN THE MOUTH. I WAS THEN HANDCUFFED AND FLIPPED ONTO MY STOMACH, BY ANOTHER OFFICER DETECTIVE LOGAN PAVANO, SHEILD #28 WHILE HE BEGAN TO SEARCH MY POCKETS AND GO INSIDE MY PANTS AND INSIDE MY BOXER SHORTS UNDERWEAR WHILE I LAYED ON THE FLOOR [FALSE ARREST, SEARCH & SEIZURE, EXCESSIVE FORCE]

3. NOTHING WAS FOUND. I WAS DRAGGED VIOLENTLY BY ANOTHER OFFICER WHO ASSISTED THE ASSAULT- EDGAR GARCIA SHIELD# 3118, WHO WAS MAKING RACIAL SLURS AS I WAS BEING DRAGGED BY MY ARMS INTO A BLACK VAN AND DROVE TO A POLICE STATION (NYCPCT-007) AND THROWN INTO A HOLDING CELL [FALSE IMPRISONMENT, EXCESSIVE FORCE CRUEL & UNUSUAL PUNISHMENT]

4. I WAS LED TO ANOTHER AREA IN THE PRECINCT BY ANOTHER OFFICER SEAN BROWN #41 BROWNSKIN AFRICAN AMERICAN WORKING IN THE SEVENTH PRECINCT AS A SEARCHER WHERE HE PUT ON GLOVES AND HE FORCEFULLY TOOK HIS HANDS INTO MY UNDERWEAR PULLED THEM DOWN AND SEARCHED MY ANUS AND SCROTUM AREA FOR CONTROBAND [EXCESSIVE FORCE, SEARCH & SEIZURE, CRUEL & UNUSUAL PUNISHMENT FOURTH, EIGTH, FOURTEENTH AMENDMENT VIOLATION, SEXUAL ASSAULT BY SEARCHERS]

MARK MCKINLEY

| | |
|---|---|
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 170 |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 29 |
| **Address:** | 64 ESSEX STREET, MANHATTAN, NY |
| **Fax Number:** | M12030 |
| **Place of Arrest:** | NYCPD 7 |
| **Arrest Type:** | Unknown |
| **Date of Crime:** | March 27, 2018 |
| **Place of Crime:** | New York County, NY |
| **Criminal Justice Tracking No.:** | 68539672Z |
| **Arresting Agency:** | NYCPD PCT 007 |
| **Arresting Officer ID:** | 947732 |
| **Arrest Number:** | M18617904 |
| **Arraignment:** | New York County Criminal Court |

**Arrest Charges:**

-- Resisting Arrest

    PL 205.30    Class A Misdemeanor Degree 0 NCIC 4801

-- Obstruct Governmental Administration-2nd Degree

    PL 195.05    Class A Misdemeanor Degree 2 NCIC 5099

**Court Case Information**

--**Court:** New York County Criminal Court    **Case Number:** 2018NY015310

March 28, 2018
**Initial Report Of Docket Number**

March 28, 2018
**Arraigned**

    -- Resisting Arrest

        PL 205.30    Class A Misdemeanor NCIC 4801

    -- Obstruct Governmental Administration-2nd Degree

        PL 195.05    Class A Misdemeanor NCIC 5099

August 02, 2018
**Dismissed**

    -- Resisting Arrest

        PL 205.30    Class A Misdemeanor NCIC 4801

    -- Obstruct Governmental Administration-2nd Degree

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATE OF DISPOSITION
NUMBER: 555799

THE PEOPLE OF THE STATE OF NEW YORK
VS

MCKINLEY,MARK JR
Defendant

11/13/1988
Date of Birth

64 ESSEX STREET
Address

9991330H
NYSID Number

NEW YORK           NY
City              State   Zip

03/27/2018
Date of Arrest/Issue

Docket Number: 2018NY015310

Summons No:

PL 205.30 00 AM, PL 195.05 00 AM,
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 08/02/2018 | DISMISSED - MOTION OF DA | WESTON,C | C |

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY    _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

MLECZKOWSKI,T
COURT OFFICIAL SIGNATURE AND SEAL

10/18/2018
DATE         FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)


SEALED

New History NYSID Number Search (QNH#)
========================================
Discharged After April 25, 1990

Din = Days Incarcerated Total Per Record

---

|  | Bran | Nysid # | Book&case# | Last Name | First Name | Admit Date | Din | Last Disc Date | Hou |
|---|---|---|---|---|---|---|---|---|---|
| BECAUSE OF |  | 09991330H | 1411802819 | MCKINLEY | MARK | 09-MAY-18 | 16 | 24-MAY-18 | CIF |
| THE FalsE ArrEST |  | 09991330H | 3491020673 | MCKINLEY | MARK | 29-DEC-10 | 210 | 26-JUL-11 | ARD |
| AND oFficer |  | 09991330H | 3491611729 | MCKINLEY | MARK | 30-OCT-16 | 447 | 19-JAN-18 | MDC |
| #947732 |  | 09991330H | 3491412003 | SEABROOK | GLENN |  |  | No Public Record |  |
|  |  | 09991330H | 3491414618 | MCKINLEY | MARK | 24-OCT-14 | 56 | 18-DEC-14 | CIF |
|  |  | 09991330H | 3491805233 | MCKINLEY | MARK | 12-JUL-18 | 41 | 21-AUG-18 | MDC |
|  |  | 09991330H | 8751200673 | MCKINLEY | MARK | 09-MAR-12 | 13 | 21-MAR-12 | ARD |

Police Contact, Parole violated Me AND I SpENT 16 DAYS in Rikers Island AND I LosT Everything I owned do, Housing. I STarted Mental Health Services Because of the Mental Distress and Anguish I under went.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| NOVEMBER 22 2020 | | |
|---|---|---|
| Dated | | Plaintiff's Signature |

| MARK | | MCKINLEY |
|---|---|---|
| First Name | Middle Initial | Last Name |

MARCY CORRECTIONAL FACILITY, P.O BOX 3600
Prison Address

| MARCY | NY | 13403 |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: NOV 24, 2020

Page 6

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                    ) ss.:
COUNTY OF ~~CHEMUNG~~ ONEIDA )

I, MARK MCKINLEY, being duly sworn, deposes and says that:

1. I am a party to this action, 18 years or older, and an inmate at Elmira Correctional Facility, P.O. Box 500, Elmira, New York.

2. On the 24 day of NOVEMBER, 2020, I served the folling described paper(s): AMENDED COMPLAINT TO THE UNITED STATE DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK by mailing the paper(s) to the person at the address designated by him or her for that purpose by depositing the same in a first class, postpaid, properly addressed wrapper, in an official depository under the excusive care and custody of the above-mentioned facility for the United States Postal Office within the State of New York. The name of the person or names of the persons served and the address or addresses at which service was made are as follows:

PRO SE INTAKE OFFICE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
40 FOLEY SQUARE, RM 105
NEW YORK, NEW YORK 10007

ANDREW B SPEARS
ASSISTANT CORPERATION COUNSEL
SPECIAL FEDERAL LITIGATION
DIVISION 100 CHURCH ST, RM 3-221
NEW YORK, NEW YORK 10007

Dated: _____, 20 __
~~Chemung~~ County, New York
ONIEDA COUNTY,

Respectfully submitted,

Sworn to Before me this 23rd
day of November 2020

NOTARY PUBLIC

DAWN M. CALABRESE
NOTARY PUBLIC - STATE OF NEW YORK
Registration No. 01CA5038491
Qualified in Oneida County
Commission Expires:

MARCY CORRECTIONAL FACILITY
BOX 3600
MARCY, N.Y. 13403-3600

NAME: MARK MCLARNEY    DIN: 18A3170

PRO SE INTAKE OFFICE
UNITED STATES DISTRICT OF NEW YORK
40 FOLEY SQUARE, ROOM 105
NEW YORK, N.Y. 10007