UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK MCKINLEY,

               Plaintiff,

         -v.-

DETECTIVE KYLE CREVATAS, Shield #24662; DETECTIVE LOGAN PAYANO, Shield #28; DETECTIVE SEAN BROWN, Shield #41; OFFICER EDGAR GARCIA, Shield #3118; and THE CITY OF NEW YORK,

               Defendants.

20 Civ. 3606 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

At a conference on April 6, 2021, the Court was informed that Plaintiff will be released from custody on April 15, 2021. In accordance with the parties' discussion on the record with the Court on April 6, 2021, the Clerk of Court is ORDERED to change Plaintiff's address of record to the following address:

    Mark McKinley
    2422 Snyder Ave., Apt. #2
    Brooklyn, NY 11226

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at his address of record, and to Plaintiff at the following address:

    Mark McKinley
    DIN No. 18-A-3270
    Auburn Correctional Facility
    P.O. Box 618
    Auburn, NY 13021

SO ORDERED.

Dated: April 15, 2021
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge