# United States District Court
# for the Southern District of New York

| | |
|---|---|
| **MARK McKINLEY**,<br><br>               Plaintiff,<br><br>   v.<br><br>**KYLE CREVATAS, Sh. #24662, SEAN Brown, Sh. # 41, LOGAN PAYANO, Sh. # 28, EDGAR GARCIA, Sh. #3118, and NYPD UNDERCOVER OFFICER UC 376, all NYPD Officers being sued individually**,<br><br>               Defendants. | Case No.<br>1:20-cv-03606 (KPF)<br><br>**Notice of Appearance** |

To:    The clerk of the court and all parties of record

        PLEASE TAKE NOTICE that David Roche, Esq., of the law firm of Sivin, Miller & Roche LLP, 20 Vesey Street, Suite 1400, New York, NY 10007, hereby appears as counsel for plaintiff Mark McKinley. I certify that I am admitted to practice before this Court.

Dated: New York, New York
          September 6, 2022

                                                  s/ David Roche
                                                  Sivin, Miller & Roche LLP
                                                  20 Vesey Street, Suite 1400
                                                  New York, NY 10007
                                                  Telephone: (212) 349-0300
                                                  E-mail: droche@sivinandmiller.com

cc: Counsel of Record (via ECF)