# United States District Court
# for the Southern District of New York

|  |  |
|---|---|
| **MARK McKINLEY**,<br><br>             Plaintiff,<br><br>     v.<br><br>**KYLE CREVATAS, Sh. #24662, SEAN Brown, Sh. # 41, LOGAN PAYANO, Sh. # 28, EDGAR GARCIA, Sh. #3118, and NYPD UNDERCOVER OFFICER UC 376, all NYPD Officers being sued individually**,<br><br>             Defendants. | Case No.<br>1:20-cv-03606 (KPF)<br><br>**Notice of Appearance** |

To:   The clerk of the court and all parties of record

     PLEASE TAKE NOTICE that Clyde M. Rastetter, Esq., of the law firm of Sivin, Miller & Roche LLP, 20 Vesey Street, Suite 1400, New York, NY 10007, hereby appears as counsel for plaintiff Mark McKinley. I certify that I am admitted to practice before this Court.

Dated: New York, New York
       September 6, 2022

                                                    <u>s/ Clyde M. Rastetter</u>
                                                    Sivin, Miller & Roche LLP
                                                    20 Vesey Street, Suite 1400
                                                    New York, NY 10007
                                                    Telephone: (212) 349-0300
                                                    E-mail: crastetter@sivinandmiller.com

cc: Counsel of Record (via ECF)