# United States District Court
# for the Southern District of New York

| | |
|---|---|
| **MARK McKINLEY**, <br><br> Plaintiff, <br><br> v. <br><br> **KYLE CREVATAS, Sh. #24662, SEAN Brown, Sh. # 41, LOGAN PAYANO, Sh. # 28, EDGAR GARCIA, Sh. #3118, and NYPD UNDERCOVER OFFICER UC 376, all NYPD Officers being sued individually**, <br><br> Defendants. | Case No. <br> 1:20-cv-03606 (KPF) <br><br> **Notice of Appearance** |

To:   The clerk of the court and all parties of record

PLEASE TAKE NOTICE that Glenn Miller, Esq., of the law firm of Sivin, Miller & Roche LLP, 20 Vesey Street, Suite 1400, New York, NY 10007, hereby appears as counsel for plaintiff Mark McKinley. I certify that I am admitted to practice before this Court.

Dated: New York, New York
      September 6, 2022

                                          s/ Glenn Miller
                                          Sivin, Miller & Roche LLP
                                          20 Vesey Street, Suite 1400
                                          New York, NY 10007
                                          Telephone: (212) 349-0300
                                          E-mail: gmiller@sivinandmiller.com

cc: Counsel of Record (via ECF)