# EXHIBIT 3

Fax Server          _3/28/2018 12:44:45 PM    PAGE    2/003    Fax Server

Page 1 of 2

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

| THE PEOPLE OF THE STATE OF NEW YORK | MISDEMEANOR |
|---|---|
| -against- | |
| Mark Jr Mckinley (M 29), | |
| Defendant. | |

Police Officer Kyle Crevatas, Shield #24662 of the Narcotics Borough Manhattan South, states as follows:

*The defendant is charged with:*

| 1 PL 195.05 | Obstructing Governmental Administration in the Second Degree |
| | (defendant #1: 1 count) |
| 2 PL 205.30 | Resisting Arrest |
| | (defendant #1: 1 count) |

On or about March 27, 2018 at about 6:40 P.M., inside 64 Essex Street in the County and State of New York, the defendant intentionally prevented and attempted to prevent a public servant from performing an official function by intimidation, physical force and interference and by means of an independently unlawful act; the defendant intentionally attempted to prevent a police officer and peace officer from effecting an authorized arrest of himself and another person.

*The factual basis for these charges are as follows:*

I am informed by Undercover NYPD Police Officer 376 ("UC 376") that at the above described date and time at the above described location, UC 376 observed the defendant approach separately charged defendant, Yolanda Brown-Monaco (M18617863) and hand SCD Brown-Monaco a quantity of crack cocaine.

I am informed by UC 376 that he believes the substance was in fact crack cocaine based upon his professional training as a police officer in the identification of drugs and an observation of the packaging, which is characteristic of this type of drug.

I am further informed by UC 376 that he observed the two separately charged defendants leave the above described location while the defendant remained in the above described location.

I am informed by Police Officer Edgar Garcia, Shield 3118 of the Narcotics



2018NY015310

Fax Server          3/28/2018 12:44:45 PM   PAGE    3/003   Fax Server

Page 2 of 2

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

Mark Jr Mckinley (M 29),

Defendant.

MISDEMEANOR

Borough Manhattan South, that he and Detective Logan Payano, Shield 28 of the Narcotics Borough Manhattan South, approached the defendant and identified themselves as NYPD.

I am further informed by Officer Garcia that the defendant then threw up his arms and began screaming. I am informed by Officer Garcia that the defendant clenched his arms across his chest and threw himself to the ground, pinning his arms beneath his body.

I am informed by Officer Garcia that the defendant continued screaming throughout his conduct, which spanned approximately three minutes. I am informed by Officer Garcia that the defendant's above described conduct made it difficult for Officer Garcia to place the defendant under arrest.

False statements made in this written instrument are punishable as a class A misdemeanor pursuant to section 210.45 of the Penal Law, and as other crimes.

_____          3/28/18        1250
Police Officer Kyle Crevatas         Date          Time

CRIMINAL COURT OF THE CITY OF NEW YORK
PART C, COUNTY OF NEW YORK

| THE PEOPLE OF THE STATE OF NEW YORK | SUPPORTING DEPOSITION |
|---|---|
| vs. | C.P.L. §100.20 |
| Mckinley, Mark Jr | Docket No  2018NY015310 |
| Defendant(s) | Adjourned Date  5/2/2018 |

I, Police Officer EDGAR GARCIA, Shield 03118 of the Narcotics Borough Manhattan South, being duly sworn, depose and say:

that I have read the Accusatory Instrument filed in the above-entitled action and attached hereto and that the facts therein stated to be on information furnished by me are true upon my personal knowledge.

*False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law, and as other crimes.*

_____     04/0?/2018
Signature                  Date

DANY000009
D000076

WASU Notifications    Fax:    Jul 30 2018 04:36pm P024/051

**CRIMINAL COURT OF THE CITY OF NEW YORK**
**PART C, COUNTY OF NEW YORK**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK<br><br>vs.<br><br>Mckinley, Mark Jr<br><br>Defendant(s) | SUPPORTING DEPOSITION<br>C.P.L. §100.20<br><br>Docket No     2018NY015310<br><br>Adjourned Date     8/2/2018 |

I, Unknown UNDERCOVER UNDERCOVER, Shield 376 of the Narcotics Borough Manhattan South, being duly sworn, depose and say:

that I have read the Accusatory Instrument filed in the above-entitled action and attached hereto and that the facts therein stated to be on information furnished by me are true upon my personal knowledge.

*False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law, and as other crimes.*

UC 376                           7/30/18
Signature                        Date

DANY000008
D000075