

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T‌HE C‌ITY OF N‌EW Y‌ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

EVAN J. GOTTSTEIN
*Assistant Corporation Counsel*
(212) 356-2262
Email: egottste@law.nyc.gov

July 30, 2023

**BY ECF**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

      Re:    Mark McKinley v. Detective Kyle Crevatas, et al.
               20-CV-3606 (KPF)

Your Honor:

      I am an Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney for defendants in the above-referenced matter. Defendants write, with Plaintiff's consent, to respectfully request an adjournment of the conference that is currently scheduled for August 1, 2023, at 11:00 a.m.

      In the Court's Opinion and Order on summary judgment, the Court scheduled a conference for August 1st at 11:00 a.m. to set a trial in this matter. ECF No. 122. Unfortunately, this date presents a conflict for Defendants because the undersigned will be in trial in another matter, pending in the Eastern District—*Adams v. Quigley, et al.*, EDNY Civil Docket No. 19-CV-1662 (MKB)—which will begin on July 31, 2023, and is expected to conclude by August 4, 2023.

      Accordingly, Defendants respectfully request an adjournment of the August 1st conference in this matter. The parties have conferred and can be available to appear for the conference on August 7, August 14, or August 17, 2023. If none of these dates are available for the Court, the parties can confer and propose additional mutually available dates.

      We thank the Court for its time and consideration of this application.

                                    Respectfully submitted,

                                    *Evan J. Gottstein*   /s/

                                    Evan J. Gottstein
                                    *Assistant Corporation Counsel*
                                    Special Federal Litigation Division

cc:    All Counsel of Record (Via ECF)

Application GRANTED.  The status conference currently scheduled for
August 1, 2023, is hereby ADJOURNED until **August 17, 2023,** at **10:00 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket
number 125.

Dated:     July 31, 2023               SO ORDERED.
           New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE