

| | THE CITY OF NEW YORK | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **EVAN J. GOTTSTEIN**<br>*Assistant Corporation Counsel*<br>(212) 356-2262<br>egottste@law.nyc.gov |

January 23, 2024

**By ECF**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   <u>Mark McKinley v. Kyle Crevatas, et al.</u>, 20-CV-3606 (KPF) (SN)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney for defendants in the above-referenced action. Defendants write to respectfully request a two-week extension of the parties' time to file motions *in limine* and other pretrial submissions, from January 26, 2024, until February 9, 2024, due to defendants' counsel starting trial in another matter next week. This is the first request for an extension of this deadline, and plaintiff consents to this request.

      On August 17, 2023, the Court entered an Order scheduling trial in this matter to commence on February 26, 2024, and setting the parties' deadline to file jury charge requests, proposed *voir dire* questions, and any motions *in limine*, by January 26, 2024, with oppositions to motions *in limine* due by February 2, and a final pretrial conference scheduled for February 13, 2024. *See* ECF No. 128. Defendants request a two-week extension of this pretrial schedule because the undersigned is scheduled to begin trial in another matter pending in this district—*Harris v. City of New York*, Civil Docket No. 20-CV-10864 (LGS)—starting next Tuesday, January 30, 2024, which is expected to conclude by February 1 or 5, 2024.[1]

      Accordingly, in light of defendants' counsel's trial schedule in the *Harris* matter, defendants respectfully request an extension of time until February 9, 2024, for the parties to file their motions *in limine*, proposed jury charge and *voir dire* questions, and the joint pretrial order; an extension until February 16, 2024, to file oppositions to motions *in limine*; and an adjournment of the final pretrial conference until the week of February 20-23, 2024.

---

[1] The *Harris* trial was previously scheduled for Judge Schofield's November 2023 trial-ready calendar and had not yet been adjourned to January 30, 2024, when the parties appeared for a scheduling conference in this matter on August 17, 2023.

Defendants thank the Court for its time and consideration herein.

> Respectfully submitted,
>
> *Evan J. Gottstein*          /s/
> Evan J. Gottstein
> *Assistant Corporation Counsel*
> Special Federal Litigation Division

cc: **Via ECF**
*All Counsel of Record*

---

Application GRANTED IN PART. The Court is troubled by Defendants' late-breaking application for an extension of pretrial deadlines that were set over five months ago, and is not moved by defense counsel's explanation of competing trial schedules. (*See* Dkt. #135). It is defense counsel's responsibility to manage its litigation obligations, and to inform the Court as soon as possible should circumstances arise necessitating extensions. Defense counsel knew on October 25, 2023, that trial in the *Harris* matter had been adjourned to January 29, 2024. *See Harris* v. *City of New York*, No. 20 Civ. 10864 (LGS), Dkt. #106 (S.D.N.Y. Oct. 25, 2023). It is regrettable that defense counsel waited to inform this Court until three days before the deadline for pretrial submissions in this matter, especially when, as Plaintiff submits, defense counsel was contemplating requesting such an extension on January 19, 2024, but was dilatory in doing so. (Dkt. #136).

Given defense counsel's apparent lack of preparation to file pretrial submissions, the Court will grant a brief extension as follows: (i) Motions *in limine*, proposed jury charge and *voir dire* questions, and the joint pretrial order shall be filed on or before **February 5, 2024**; (ii) Responses in opposition to the motions *in limine* shall be filed on or before **February 12, 2024**; and the final pretrial conference shall take place on **February 20, 2024**, at **10:00 a.m.**, in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Separately, the Court has received Plaintiff's letter motion for a conference regarding the scope of the General Release contained in Plaintiff's settlement with the City of New York in a separate matter. (Dkt. #133). The Court will hold a telephonic conference on this topic on **January 26, 2024**, at **10:00 a.m.** The dial-in information is as follows: At that time, the parties shall call (888) 363-4749 and enter access code 5123533. Defendants shall be prepared to address the topics raised in Plaintiff's letter at that conference.

The Clerk of Court is directed to terminate the pending motions at docket entries 133 and 135.

Dated:   January 24, 2024           SO ORDERED.
         New York, New York

                                    *Katherine Polk Failla*

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE