# SIVIN, MILLER & ROCHE, LLP
**20 Vesey Street, Suite 1400**
**New York, NY 10007**
Phone: 212 349-0300
Fax: 212 406-9462

January 25, 2024

<u>Via ECF</u>

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re: Mark McKinley v. Detective Crevatas, et al.,
          20 Civ. 3606 (KPF)

Your Honor:

The undersigned represents Plaintiff in the above matter. I write to advise the Court that the parties just arrived at a settlement in this case. However, the parties request that the Court retain jurisdiction over this matter for the purposes of enforcement of settlement, if that becomes necessary. The parties also request that all current deadlines in this case be adjourned *sine die*.

The Court scheduled a telephone conference for tomorrow at 10:00 a.m. to discuss an issue relating to the trial, which currently is scheduled for February 26, 2024. Notwithstanding the settlement, the parties will attend the conference as scheduled unless the Court notifies us otherwise.

Thank you for your attention to this matter.

        Very truly yours,

        *Edward Sivin*
        Edward Sivin

Cc: All parties (via ECF)