UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

MARK McKINLEY,

                                             Plaintiff,

**STIPULATION AND ORDER OF DISMISSAL**

20 Civ. 3606 (KPF)

-against-

DETECTIVE KYLE CREVATAS, Shield #24662;
DETECTIVE LOGAN PAYANO, Shield #28;
OFFICER EDGAR GARCIA, Shield #3118;
DETECTIVE SEAN BROWN, Shield #41; and
NYPD UNDERCOVER OFFICER UC 376,

                                             Defendants.
----------------------------------------------------------------------- x

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.      The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
February 7, 2024

SIVIN, MILLER & ROCHE LLP
*Attorneys for Plaintiff*
20 Vesey Street, Suite 1400
New York, New York 10007
(212) 349-0300

By: _____
Edward Sivin

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
City of New York
*Attorney for Defendants Crevatas, Payano, Garcia, Brown, and UC 376*
100 Church Street, 3rd Floor
New York, New York 10007
(212) 356-2262

By: _____
Evan Gottstein
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

Dated: _____, 2024

2