# SIVIN, MILLER & ROCHE, LLP
20 Vesey Street, Suite 1400
New York, NY  10007
Phone:  212 349-0300
Fax:  212 406-9462

June 18, 2024

<u>Via ECF</u>

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re: Mark McKinley v. Detective Crevatas, et al.,
   20 Civ. 3606 (KPF)

Your Honor:

The undersigned represents Plaintiff in the above matter.  I write to request leave to submit a judgment to the Court in favor of Plaintiff and against Defendants to enforce the terms of the Stipulation of Settlement that was entered into between the parties on February 7, 2024 (hereinafter "the Stipulation").  The Stipulation provided that the City of New York (hereinafter "the City") would pay to Plaintiff the sum of $220,000 in full settlement of all claims against Defendants herein.  On February 14, 2024, the Court then so-ordered a Stipulation and Order of Dismissal (Dkt. No. 144) (hereinafter "the Order") which provided, in part, that "the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter."

On February 15, 2024, Plaintiff then hand-delivered to defense counsel the fully executed Stipulation, the Order, Plaintiff's General Release, Plaintiff's Affidavit of Status of Liens, and an executed W-9 tax form, together with a request that the settlement proceeds be tendered within the required ninety-day period.  To date, however, the City has failed to tender the settlement proceeds.  Moreover, despite multiple inquiries to defense counsel, to the Comptroller's office via telephone, and via the Comptroller's official website for inquiries into the status of settled claims, *see* https://comptroller.nyc.gov/services/for-the-public/judgment-and-claim-settlement-payment-inquiry/submit-online/, I still have not received a satisfactory explanation for the City's failure to make payment, or even a representation as to when payment will be made.

In light of the foregoing, Plaintiff respectfully requests leave to submit a judgment to the Court to enforce the terms of the settlement.

Thank you for your attention to this matter.

Very truly yours,

*Edward Sivin*

Edward Sivin

Cc: All parties (via ECF)

In light of Plaintiff's representation, via email to Chambers, that Defendants have since tendered payment, Plaintiff's application is DENIED as moot.

The Clerk of Court is directed to terminate the pending motion at docket entry 145.

Dated:     July 17, 2024            SO ORDERED.
           New York, New York

                                    *[signature: Katherine Polk Failla]*

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE